ERIC GRANT
United States Attorney
ANTONIO PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00305-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING |
| v. | |
| RAUL MUNOZ NAVARRO, | |
| Defendant. | |

**STIPULATION**

1.     By previous order, this matter was set for status on June 3, 2026.

2.     By this stipulation, defendant now moves to vacate the status conference as to him only and set a change of plea on April 27, 2026. No time exclusion is necessary as time has already been excluded through June 3, 2026.

IT IS SO STIPULATED.

Dated: March 26, 2026                                ERIC GRANT
                                                                    United States Attorney


                                                                    /s/ ANTONIO PATACA
                                                                    ANTONIO PATACA
                                                                    Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  March 26, 2026

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
RAUL NAVARRO

**ORDER**

The status conference on June 3, 2026, as to Raul Munoz Navarro is vacated and a change of plea hearing is set for April 27, 2026, at 9:00 am in courtroom 4 before District Court Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:  **March 26, 2026**              /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2